UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 13-1260 (L)
(1:12-cv-00523-GBL-IDD)

JENNIFER J. TAYLOR

      Plaintiff-Appellant

v.

JASON CALLAWAY; RONALD KRALL;
CHRISTOPHER RAINS

      Defendants-Appellees

and

REPUBLIC SERVICES, INC.; REPUBLIC SERVICES
OF VIRGINIA, LLC; DOUGLAS MURPHY;
DANIEAL E. JAMESON

      Defendants

RESPONSE OF REPUBLIC SERVICES, INC. AND
REPUBLIC SERVICES OF VIRGINIA, LLC

Republic Services, Inc. and Republic Services of Virginia, LLC, pursuant to the Court's October 18, 2013 Request for Response, and with the consent of Jennifer Taylor, hereby submit their position addressing the designation of the appellant(s) for briefing purposes.

Republic Services, Inc. and Republic Services of Virginia, LLC have noticed an appeal of the judgment entered against them on September 16, 2013. The judgment is in the amount of $1.23 million. The appeals noticed to date by Jennifer Taylor, the plaintiff in the district court, while noticed before September 16, 2013, each relate to the grant of summary judgment against her and, as such, do not

involve a monetary award. Accordingly, Republic Services, Inc. and Republic Services of Virginia, LLC, with the consent of Jennifer Taylor, respectfully submit that they should be designated as the appellants for briefing purposes, and that Jennifer Taylor be designated as the appellee. The parties agree that Jennifer Taylor should be designated the cross-appellant for purposes of the issues that she has raised and intends to pursue upon appeal.

Respectfully submitted,

/s/
Joleen R. Okun
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
1909 K Street, N.W., Suite 1000
Washington, D.C. 20006
Tel.: (202) 887-0855
Fax: (202) 887-0866
joleen.okun@ogletreedeakins.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certified that the foregoing was filed by CM/ECF this 28th day of October, 2013, which affected service on all attorneys of record.

/s/
Joleen R. Okun

16298275.1

2