FILED: November 26, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-2271 (L)
(1:12-cv-00523-GBL-IDD)

_____

JENNIFER J. TAYLOR

      Plaintiff - Appellee

v.

REPUBLIC SERVICES, INC.; REPUBLIC SERVICES OF VIRGINIA, LLC

      Defendants - Appellants

and

JASON CALLAWAY; RONALD KRALL; DOUGLAS MURPHY; CHRISTOPHER RAINS; DANIEL E. JAMESON

      Defendants

_____

O R D E R

_____

For reasons appearing to the court, the court designates Case No. 13-2271 to be the lead case for briefing and any other filing purposes. Appellants in case no. 13-2271 shall file the opening brief.

The clerk is directed to establish an appropriate briefing schedule.

For the Court--By Direction

<u>/s/ Patricia S. Connor, Clerk</u>