FILED:  December 19, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 13-2271 (L)
(1:12-cv-00523-GBL-IDD)

———————————

JENNIFER J. TAYLOR

> Plaintiff - Appellee

v.

REPUBLIC SERVICES, INC.; REPUBLIC SERVICES OF VIRGINIA, LLC

> Defendants - Appellants

 and

JASON CALLAWAY; RONALD KRALL; DOUGLAS MURPHY;
CHRISTOPHER RAINS; DANIEL E. JAMESON

> Defendants

———————————

O R D E R

———————————

The court extends the briefing schedule as follows:

Appendix due:  02/13/2014

Opening brief due: 02/13/2014

Opening/response brief due: 03/17/2014

Response/reply brief due: 04/18/2014

Response brief due: 04/18/2014 (from Jason Callaway, Ronald Krall, and Christopher Rains)

Any reply brief: 14 days from service of response/reply brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk