FILED: April 30, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-2271 (L)
(1:12-cv-00523-GBL-IDD)

_____

JENNIFER J. TAYLOR

      Plaintiff - Appellee

v.

REPUBLIC SERVICES, INC.; REPUBLIC SERVICES OF VIRGINIA, LLC

      Defendants - Appellants

and

JASON CALLAWAY; RONALD KRALL; DOUGLAS MURPHY; CHRISTOPHER RAINS; DANIEL E. JAMESON

      Defendants

_____

O R D E R

_____

The court extends the briefing schedule as follows:

Appendix due: 05/15/2014

Opening brief due: 05/15/2014

Opening/response brief due: 06/16/2014

Response/reply brief due: 07/17/2014

Response brief due: 07/17/2014 (from Jason Callaway, Ronald Krall, and Christopher Rains)

Any reply brief: 14 days from service of response/reply brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk